IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 10-cv-00987-ZLW-MEH

KIMBERLY PENNETTA,

    Plaintiff,

v.

CANDICE L. MILLER; and
CHARLES D. MILLER,

    Defendants.

---

## ORDER

---

The Court has reviewed Defendants' Response To Order To Show Cause (Doc. No. 10), which provides evidence that Defendant Candice L. Miller is domiciled in the state of Wyoming. The Court concludes that Defendants have adequately shown cause at this juncture why this action should not be remanded to state court for lack of diversity. Accordingly, it is

ORDERED that the May 5, 2010 Order to show cause (Doc. No. 6) is discharged.

DATED at Denver, Colorado this 26th day of May, 2010.

BY THE COURT:

*[signature]*

ZITA LEESON WEINSHIENK, Senior Judge
United States District Court