## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00486-RPM-CBS

CURTIS HELDENBRAND

    Plaintiff,

v.

CANDICE L. MILLER and
CHARLES D. MILLER

    Defendants.

---

Civil Action No. 10-cv-00987-RPM-CBS

KIMBERLY PENNETTA,

    Plaintiff,

v.

CANDICE L. MILLER and
CHARLES D. MILLER

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Stipulation for Dismissal with Prejudice [20] filed on August 6, 2010, it is

ORDERED that the above-captioned actions are dismissed with prejudice, each party to pay their own costs and attorneys' fees.

DATED this 6th day of August, 2010.

                BY THE COURT

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge